| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>THOMPSON & KNIGHT LLP<br>Stuart J. Glick, Esq.<br>Jennifer A. Christian, Esq.<br>900 Third Avenue, 20th Floor<br>New York, New York 10022-4883<br>Tel: (212) 751-3001<br>Fax: (212) 751-3113 | **Order Filed on January 15, 2015<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>S B BUILDING ASSOCIATES LIMITED PARTNERSHIP,<br>SB MILLTOWN INDUSTRIAL REALTY HOLDINGS, LLC, and ALSOL CORPORATION,<br><br>                 Debtors. | Case Nos.:  13-12682 (MBK)<br>               13-12685 (MBK)<br>               13-12689 (MBK)<br><br>Judge:   Hon. Michael B. Kaplan<br><br>Chapter:   11 |
| S B BUILDING ASSOCIATES LIMITED PARTNERSHIP,<br>SB MILLTOWN INDUSTRIAL REALTY HOLDINGS, LLC, and ALSOL CORPORATION,<br><br>                 Plaintiffs,<br><br>v.<br><br>CHERRY TREE PROPERTY, L.L.C.,<br>SASS MUNI IV, L.L.C., SASS MUNI V, L.L.C.,<br>and SASS MUNI VI, L.L.C.,<br><br>                 Tax Lien Claimants. | Adv. Pro. No.:   14-1582 (MBK)<br><br>Hearing Date: December 18, 2014<br>Hearing Time: 2:00 p.m. |

Recommended Local Form:   ☐ Followed   ☒ Modified

**ORDER REGARDING DEFENDANTS' PARTIAL MOTION TO DISMISS ACTION AND MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT, AND PLAINTIFF'S CROSS-MOTION TO AMEND**

The relief set forth on the following page two is hereby **ORDERED**.

**DATED: January 15, 2015**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion (the "Motion") of defendants Cherry Tree Property, LLC, Sass Muni IV, LLC, Sass Muni V, LLC, and Sass Muni VI, LLC ("Tax Certificate Holders") for an Order, *inter alia,* dismissing certain causes of action pending herein and extending the time for Tax Certificate Holders to answer those causes of action not dismissed pursuant to this motion, and the cross-motion (the "Cross-Motion") of plaintiffs/debtors SB Building Associates Limited Partnership, SB Milltown Industrial Realty Holdings, LLC, and Alsol Corporation ("Debtors") to amend the complaint filed herein, the Court having considered the parties' submissions and their respective arguments at the hearing held on December 18, 2014, and for the reasons set forth by the Court on the record at that hearing, it is hereby

ORDERED that Motion and Cross-Motion are granted in part and denied in part; and it is further

ORDERED that the complaint, in its current form, is dismissed without prejudice, and Debtors shall file an amended complaint consistent with the Court's directions given at the December 18 hearing by no later than January 31, 2015; and it is further

ORDERED that Tax Certificate Holders shall respond by February 28, 2015, to the amended complaint so filed herein.